UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-30 |
| V. | ) | (Jarvis / Guyton) |
| | ) | |
| MARK A. TINDELL | ) | |
| | ) | |
| Defendant | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Before the Court is defendant Mark Tindell's Motion for Leave to File Out of Time [Doc. 42]. Mr. Tindell asks that the Court accept certain motions past the motion cut-off deadline previously set. In support of his request to late-file, Mr. Tindell cites the need for further review of discovery material and investigation. Mr. Tindell informs the Court that the government does not oppose his request to file out of time.

This Court is mindful of the need to fully resolve important issues of evidence suppression. Accordingly, defendant Tindell's Motion for Leave to File Out of Time **[Doc. 42]** is **GRANTED**, and documents 46, 47, 65, and 70 are deemed timely filed.

**IT IS SO ORDERED.**

ENTER:

                         s/ H. Bruce Guyton
                         United States Magistrate Judge