IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-30 |
| | ) | (Varlan / Guyton) |
| MARK TINDELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On February 29, 2008, this matter came before the Court for hearing on a pretrial Motion in Limine filed by the United States as to proposed defense expert testimony at trial [Doc. 117]. At the hearing, the parties agreed that the matter was not ripe for disposition and asked the Court to hold any ruling in abeyance until further information was available, reserving the right to argue the merits of the motion at the pretrial conference. The issues raised by the government relate to the introduction of evidence at trial.

The Court observes that this matter has now been scheduled for a change of plea hearing before the district court and concludes that the issue of evidence at trial is now moot. Accordingly, the United States' Motion in Limine **[Doc 117]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge